BETSY COMBIER
315 East 65th Street, Apt. 4C
New York, N.Y. 10065
917-596-1762
Betsy.combier@gmail.com

FILED
CLERK

2018 JAN -9 AM 11: 31

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

January 8, 2018

VIA FEDEX

Hon. Margo K. Brodie
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Hon. Roanne Mann
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RE: Combier v. Portelos, et. al.
Docket No.: 1:17-CV-02239

Letter Motion to Seal or Redact Innocent People's Names
And false information

Dear Judge Brodie and Chief Magistrate Mann,

On Friday I received 111 pages from Defendant Lucio Celli. He claims these documents are his informal response to my lawsuit, and more papers are to follow.

I am writing this letter Motion to request relief from the lies about my husband, an innocent non-party to the proceedings filed here.

Lucio Celli claims that I "stole" my husband's password from his account at Hunter College, where he has worked hard for 30+ years. Celli further claims that I told him that I did this, and I use his stolen account's database to pursue my work.

This is an outrageous lie, and my husband and I are discussing all our available remedies, including police intervention. I have never stolen anything from Hunter College or him, much less impinged upon his stellar career and his integrity.

Lucio Celli described me as a lying cunt in his lawsuit dismissed by the Hon. Judge Cogan (see 15-cv-3679) because I knew Courtenaye Jackson-Chase professionally from my work as a Special Representative for the United Federation of Teachers and a non-lawyer advocate for teachers after I left the UFT in 2010. He claimed, therefore, that the reason he received a U-rating at his school was my fault. I was never a party to that case, was never served, and all of his claims were false.

In the papers he sent to me on Friday, and docketed today, he uses my husband's name and workplace for no reason other than to harass me and get back at me. His purpose is vindictive and his facts non-existent. At no time did my husband have anything to do with harming Defendant Celli. My Husband's name, I request, and any mention of him or his workplace must be stricken/redacted from the documents, or the documents from Lucio Celli should be placed under seal.

Similarly, he uses my disability as the reason for my being a lying fucking cunt and thief. I am very proud of the fact that I have been able to accomplish many things even though I have physical challenges, in some people's minds, obviously his and Defendant Francesco Portelos'. He lied about the details of my disability, and I request that as my body parts are not germaine to this action, that any mention of my disability be stricken/redacted or sealed as well.

In support of this letter Motion, I would like to refer here to the Federal Rules of Civil Procedure Rule 5.2(e):

"(e) PROTECTIVE ORDERS. For good cause, the court may by order in a case:

    (1) require redaction of additional information; or

    (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court."

On December 4, 2017, Defendant Francesco Portelos used my husband's name to defame me and my work as a parent advocate, which I have a long history of success doing since 1999, on Portelos' website "Educator Fights back".. Therefore, I respectfully ask that an order for both Defendant Celli and Defendant Portelos to leave my husband's information and my disability out of their papers. I believe that both these Defendants have malicious intent in mind, and will use this Court to further their harassment of me.

If either Defendant can prove that I have used my disability to harm them, or stolen my husband's account – if, indeed, he has one, which he does not know at this point because he has never used the Hunter College database for any reason - they most certainly are able to file a lawsuit against me and I will address their claims accordingly. I am filing a new Notice of Claim against both Portelos and Celli.

Defendants will be filing more papers with even more lies in the near future, and while the Court can see the unredacted copies, I ask that you strike/seal or request redaction of any details about my disability or my husband, so that nonparty researchers may not

have access to this false information which does not have anything to do with this matter.

Thank you for your attention and consideration of my request.

Respectfully submitted,

*Elizabeth Betsy Combier*
Elizabeth Betsy Combier
Plaintiff pro se

Filed electronically by the pro se office
To all Defendants except Lucio Celli.

Mailed first class to Lucio Celli.