# FedEx® Express

https://www.fedex.com/shipping/html/en/PrintIFrame.html

ORIGIN ID:DRFA    (917) 596-1762
BETSY COMBIER

ST 65TH STREET
APT 4 C
NEW YORK, NY 10065
UNITED STATES US

SHIP DATE: 08JAN18
ACTWGT: 0.50 LB
CAD: 100786131/INET3920

BILL SENDER

TO **UNITED STATES FED COURT**
**PRO SE OFFICE**
**EASTERN DISTRICT OF NEW YORK**
**225 CADMAN PLAZA EAST**
**BROOKLYN NY 11201**
(000) 000-0000
INV: COPYLAND65 ST    REF: COPYLAND65 ST
PO: COPYLAND65 ST    DEPT: COPYLAND65 ST

549J1/8D40/104C





TRK# 7711 6482 9121

TUE - 09 JAN 10:30A
**PRIORITY OVERNIGHT**

F2 EGXA    11201
            NY-US    EWR



Extremely Urgent