BETSY COMBIER
315 East 65th Street, Apt. 4C
New York, N.Y. 10065
917-596-1762
Betsy.combier@gmail.com

VIA ~~PRIORITY MAIL~~ FEDEX

March 30, 2018

Hon. Margo K. Brodie
United States Federal Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

United States Federal Court
Eastern District of New York
Pro Se Desk
225 Cadman Plaza East
Brooklyn, N.Y. 11201

RECEIVED
APR 03 2018
PRO SE OFFICE

Lucio Celli
2743 Seymour Avenue
Bronx, N.Y. 10469

RE: Combier v. Portelos, et. al.
Docket No.: 1:17-CV-02239

Dear Judge Brodie,

Yesterday, 11 separate documents were submitted to you and docketed (#88-#99) in the matter captioned above.

It is clear that Defendant Celli's intent is to spread so many lies about me and my husband that something may "stick" simply because I cannot, or do not, answer him/his false claims fast enough. His papers serve no legitimate legal purpose and he is using the cover of the Court case to further his nefarious motive to defame me.

His actions are deleterious to the principles upon which this Court was set up, namely to honor due process rights and justice.

As I have no briefing schedule for my providing answers to his documents, I submit here the Answer to his filings:

1) I categorically deny any of his claims, made in the 11 documents submitted and docketed yesterday as well as submitted and docketed in this matter since the

inception of this matter, except that in good faith and as a non-attorney volunteer I helped Lucio Celli by editing his papers.

2) I oppose a mental examination pursuant to FRCP 35, as unsupported by any evidence, irrelevant to these proceedings, and without basis in fact or law.
3) I did not kill my mother or harass my sister or her children.
4) There are no lies in my Affidavit.
5) I never colluded with Steve Morelli or Jonathan Tand or anyone to steal money from Lucio Celli or anyone else, and never discussed Lucio Celli's HIV+ status with Attorney Tand,or made any attempt to make a profit from his illness.
6) My husband is not under any investigation at Hunter College.
7) I never used my husband's account at Hunter College at any time.
8) My Second Amended Complaint was not filed frivolously.

If I missed something that Defendant Celli claims infers wrong-doing, lies, perjury, fraud, killing my mother, stealing, I deny any and all of his claims, which are baseless, frivolous and distracting to the gravamen of the matter before this Court.

I again implore the Court to seal Lucio Celli's papers and prohibit Defendant Lucio Celli from littering this proceeding with any more irrelevant and frivolous documents.

Thank you for your attention and consideration,

Elizabeth Betsy Combier

Plaintiff Pro Se

FROM:
BESTY COMBIER (917) 596-1762
315 EAST 65TH STREET
APT 4C
New york NY 10065
US

SHIP DATE: 30MAR18
ACTWGT: 1.00 LB
CAD: 100786131/INET3980
DIMMED: 13 X 12 X 1 IN
BILL SENDER

TO HON MARGO K. BRODIE- EASTERN DISTRI
UNITED STATES FEDERAL COURT
225 CADMAN PLAZA EAST

Brooklyn NY 11201 (US)
(917) 596-1762 REF: COPYLAND65 ST
INV: COPYLAND65 ST
PO: COPYLAND65 ST DEPT: COPYLAND65 ST

552J1/07F5/DCA5

FedEx. Ground

G

J181118012601uv

TRK# 7718 8202 1366

11201

9622 0019 0 (000 000 0000) 0 00 7718 8202 1366

---

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

3/30/2018 3:37 PM

Case 1:17-cv-02239-MKB-RLM   Document 100   Filed 04/03/18   Page 4 of 6 PageID #: 1291

1 of 1



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST

At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FROM: BETSY COMBIER
(917) 596-1762
315 EAST 65TH STREET
APT 4C
New York NY 10065
US

SHIP DATE: 30MAR18
ACTWGT: 1.00 LB
CAD: 100786131/INET3980
DIMMED: 14 X 12 X 1 IN

BILL SENDER

TO UNITED STATES FEDERAL COURT-
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
PRO SE DESK
Brooklyn NY 11201
(000) 000-0000
INV: COPYLAND65 ST
PO: COPYLAND65 ST
REF: COPYLAND65 ST
DEPT: COPYLAND65 ST

(US)

552J1/07F5/DCA6

J181180126010W

FedEx Ground

TRK# 7718 8213 3443

11201

9622 0019 0 (000 000 0000) 0 00 7718 8213 3443

https://www.fedex.com/shipping/html/en/PrintIFrame.html

FROM:
BETSY COMBIER (917) 596-1762
315 EAST 65TH STREET
APT 4C
New york NY 10065
US

SHIP DATE: 30MAR18
ACTWGT: 1.00 LB
CAD: 100786131/INET3980
DIMMED: 13 X 12 X 1 IN

BILL SENDER

TOLUCIO CELLI
2743 SEYMOUR AVENUE

Bronx NY 10469 (US)
(000) 000-0000 REF: COPYLAND65 ST
INV: COPYLAND65 ST
PO: COPYLAND65 ST DEPT: COPYLAND65 ST

552J1/07F5/DCA5

FedEx Ground

J181118012601uv

TRK# 7718 8218 9766

10469

9622 0019 0 (000 000 0000) 0 00 7718 8218 9766

---

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 1:17-cv-02239-MKB-RLM Document 100 Filed 04/03/18 Page 6 of 6 PageID #: 1293

FROM: BETSY COMBIER (917) 596-1762
315 EAST 65TH STREET
APT 4C
New york NY 10065
US

SHIP DATE: 30MAR18
ACTWGT: 1.00 LB
CAD: 100786131/INET3980
DIMMED: 14 X 12 X 1 IN

BILL SENDER

TO UNITED STATES FEDERAL COURT-
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
PRO SE DESK
Brooklyn NY 11201
(000) 000-0000
INV: COPYLAND65 ST
PO: COPYLAND65 ST
REF: COPYLAND65 ST
DEPT: COPYLAND65 ST

(US) 552J1/07F5/DCA5



FedEx Ground
G
J181118012601uv

TRK# 7718 8213 3443

11201



9622 0019 0 (000 000 0000) 0 00 7718 8213 3443



Extremely Urgent

0114  T 093 06:27 SM-1D 3044400
EASTERN DISTRICT OF NEW Y
225 CADMAN PLZ E
PRO SE DESK
BROOKLYN,NY  11201-1832-99  G

336-2509
ETP:5  PD:SP:100:Y
77188213344