UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ELIZABETH "BETSY" COMBIER,

                                                                Plaintiff,     **CERTIFICATE OF SERVICE**

                    -against-

FRANCESCO PORTELOS, LUCIO CELLI, BRYAN     17 CV 2239 (KAM) (RLM)
GLASS, ESQ., JODAN HARLOW, ESQ., NEW YORK
CITY DEPARTMENT OF EDUCATION,
CHANCELLOR OF THE NEW YORK CITY
DEPARTMENT OF EDUCATION, all sued individually
and officially,

                                                                Defendants.
------------------------------------------------------------------------ x

I hereby certify under penalty of perjury that, on **January 25, 2022**, I served the foregoing **Letter Response to Defendant and Counter Claimant Lucio' Celli's motion for a premotion conference**, filed in this action on January 25, 2022 at Dkt. No. 151, upon Elizabeth Combier, Francesco Portelos, and Lucio Celli, the pro se parties in this action, by depositing copies of the same in a post office depository under the exclusive care and custody of the United States Postal Service, within the State of New York, enclosed in a postpaid, properly addressed wrapper, to the addresses set forth below, being the addresses designated for that purpose:

Elizabeth Betsy Combier
315 East 65th Street, 4C
New York, New York 10065

Francesco Portelos
52 Wiman Place
Staten Island, New York 10305

Lucio Celli
2743 Seymour Avenue
Bronx, New York 10469

Dated:    New York, New York
             January 25, 2022

                                               GEORGIA M. PESTANA
Corporation Counsel of the City of New York
*Attorney for City Defendants*
100 Church Street, Room 2-179
New York, New York 10007
(212) 356-2624
iforster@law.nyc.gov

By:    */s/*
      IAN WILLIAM FORSTER
      Assistant Corporation Counsel