**GLASS HARLOW & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
85 Broad Street, WeWork-16th Fl.
NEW YORK, NY 10004
212-537-6859
FAX NO. 845-510-2219
E-mail: bglass@ghnylaw.com

*Bryan D. Glass*
Partner

January 28, 2022

*Via ECF*
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

>    Re:   **Elizabeth "Betsy" Combier v. Francesco Portelos, et al.,**
>          **17-CV-2239 (KAM) (RLM)**

Dear Judge Matsumoto:

I am submitting this letter on behalf of Defendants Jordan F. Harlow and myself in opposition to Defendant and Counter Claimant Lucio Celli's pre-motion letter. We agree with City Defendants' position that this matter has been dismissed and closed since October 9, 2019, and we respectfully request that the Court deny Mr. Celli's application, in so far as any conference would involve our participation, and instead terminate this action finally and in its entirety.

Thank you for your consideration.

Respectfully submitted,

*/s: Bryan D. Glass*
Bryan D. Glass, Esq.
Attorney for Plaintiff

c: *Via ECF*
all counsel of record

1

c: *Via U.S. Mail*
Elizabeth Betsy Combier
Plaintiff, Counter Defendant, pro se
315 East 65th Street, Apt 4C
New York, New York 10065

Francesco Portelos
Defendant, pro se
52 Wiman Place
Staten Island, New York 10305

Lucio Celli
Defendant, Counter Claimant, pro se
2743 Seymour Avenue
Bronx, New York 10469